

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-1-1996

# Kurz v. Phila Elec Co

Precedential or Non-Precedential:

Docket 95-1795,95-1796

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"Kurz v. Phila Elec Co" (1996). *1996 Decisions.* Paper 38.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/38

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 95-1795 and 95-1796


DONALD R. KURZ; WILLIAM ANDERSON; JAMES E.W.
BECK; WILLIAM T. BERGEN; CHARLES W. BOWDEN;
WILLIAM H. BROWN; RICHARD CAHILL; ARMANDO L. CAPOFERRI;
ROBERT C. DEMARCO; JAMES J. DILOLLE, SR.; VINCENT J.
DIMAGGIO; JOHN J. DIVALENTINO, JR.; WILLIAM E. DRUMEL;
VICTOR J. GIBIALANTE; FRANCIS T. GOLDEN; JAMES J.
GRANGER; ELMER D. GREIM, JR.; JAMES H. HAIR; JOHN M.
HOOPES; BENJAMIN J. KILIAN; GEORGE C. LINTHICUM;
HUBERT A. MCKOWN, JR.; HENRY P. MCNAMEE;
OLIVER K. MESSNER; ROBERT E. MILLER; JOHN A. MORSE;
SAMUEL J. MULLEN; JOHN A. MUNLEY; STANLEY B. MYERS;
JOHN J. NUSSPICKEL; JAMES W. PATTERSON; ALFRED B.
SCHUMANN; JOSEPH C. SHARKEY; WILLIAM H. SMOYER;
WOODROW E. SNYDER; JAMES D. SUTLIFF; EDWARD J. VETNER;
DOMINIC C. VIGLIANESE; G. EARLE WATT; FREDERICK
W. WINTERLING; JOHN R. YOUNG

v.

PHILADELPHIA ELECTRIC COMPANY; SERVICE ANNUITY
PLAN OF PHILADELPHIA ELECTRIC COMPANY; CHARLES L.
FRITZ; J.L. EVERETT, III; JOHN H. AUSTIN, JR.

JOHN J. DIVALENTINO, JR., WILLIAM E. DRUMEL;
JOHN A. MORSE; SAMUEL J. MULLEN; STANELY B. MYERS;
DOMINIC C. VIGLIANESE; JAMES J. DILOLLE; BENJAMIN
J. KILIAN; CHARLES W. BOWDEN; ELMER D. GREIM, JR.;
FREDERICK W. WINTERLING; JAMES W. BECK; JAMES H. HAIR;
ROBERT C. DEMARCO; ALFRED G. SCHUMANN; RICHARD CAHILL;
JAMES W. PATTERSON; JOHN M. HOOPES; HUBERT A. MCKOWN,
JR.; ROBERT E. MILLER; JAMES D. SUTLIFF; HENRY P.
MCNAMEE; FRANCIS T. GOLDEN; WILLIAM T. BERGEN;
GEORGE C. LINTHICUM; WILLIAM W. ANDERSON: JOHN R.
YOUNG; VINCENT J. DIMAGGIO; SHIELDS L. DALTROFF;
RICHARD O. FOLKMAN; ALFRED E. STAVOLA; ROBERT H.C.
LESS; SAMUEL E. BELL; DONALD F. WASHINGTON; FRANK
J. GALLAGHER; MAURICE M. PEITZMAN; HARRY G. TURNER,
JR.; ROBERT I. FRIEND; DONALD C. ROBINSON;
WILLIAM J. LEAMAN, JR.; AUGUSTUS W. O'MALLEY; DALLAS
S. SCOTT, JR.; JOHN S. STILLWAGON; ROBERT C. HECKESSER;
WILLIAM R. TRAVETTI; WILLIAM B. HORLOCK; JAMES STATES;
THOMAS W. RAYER; JOHN H. VONRHINE; WALTER ALLWOERDEN;
GEORGE C. WIEDERSUM, JR.; JAMES R. MCCARRON; SALVATOR
J. DESTEFANO; JOHN C. GARVIN; A. WILLIAM LANCASTER;
JOSEPH A. FOCHT; ROBERT MITCHELL; JOSEPH P. SUBRANNI;

JOHN F. CRAWFORD; WILLIAM G. TAYLOR; KENNETH R. SEDGLEY, JR., IRWIN G. BLACKBURN; CHARLES R. CAREY; JOHN R. YOUNG; JESSEE E. GRAY, JR.; JAMES D. DERSTINE; ALLEN H. BRAID; PAUL L. THOMAS; STEPHEN MICKLOSH, JR.; WILLIAM L. GIBBONS; RUSSELL B. MURRAY; ROLAND J. MARKUN; ERNEST W. BEAM; RAYMOND W. SCHOLL, JR.; JOHN F. PARKER; JOSEPH F. MCBRIDE; VINCENT S. BOYER; MARTIN M. MORGAN and DAVID MONZO,

Appellants in 95-1795

--------------------

DONALD R. KURZ; WILLIAM ANDERSON; JAMES E.W. BECK; WILLIAM T. BERGEN; CHARLES W. BOWDEN; WILLIAM H. BROWN; RICHARD CAHILL; ARMANDO L. CAPOFERRI; ROBERT C. DEMARCO; JAMES J. DILOLLE, SR.; VINCENT J. DIMAGGIO; JOHN J. DIVALENTINO, JR.; WILLIAM E. DRUMEL; VICTOR J. GIBIALANTE; FRANCIS T. GOLDEN; JAMES J. GRANGER; ELMER D. GREIM, JR.; JAMES H. HAIR; JOHN M. HOOPES; BENJAMIN J. KILIAN; GEORGE C. LINTHICUM; HUBERT A. MCKOWN, JR.; HENRY P. MCNAMEE; OLIVER K. MESSNER; ROBERT E. MILLER; JOHN A. MORSE; SAMUEL J. MULLEN; JOHN A. MUNLEY; STANLEY B. MYERS; JOHN J. NUSSPICKEL; JAMES W. PATTERSON; ALFRED B. SCHUMANN; JOSEPH C. SHARKEY; WILLIAM H. SMOYER; WOODROW E. SNYDER; JAMES D. SUTLIFF; EDWARD J. VETNER; DOMINIC C. VIGLIANESE; G. EARLE WATT; FREDERICK W. WINTERLING; JOHN R. YOUNG

v.

PHILADELPHIA ELECTRIC COMPANY; SERVICE ANNUITY PLAN OF PHILADELPHIA ELECTRIC COMPANY; CHARLES L. FRITZ; J.L. EVERETT, III; JOHN H. AUSTIN, JR.

Peco Energy Company, formerly
Known as Philadelphia Electric
Company, Service Annuity Plan of
Philadelphia Electric Company,
Charles L. Fritz, J.L. Everett,
III and John H. Austin, Jr.

Appellants in 95-1796.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 91-cv-02771)

Argued April 29, 1996

                Before:  COWEN and ROTH, Circuit Judges
and CINDRICH, District Judge

                    ORDER AMENDING SLIP OPINION


        IT IS ORDERED that the slip opinion in the above case,
filed on October 1, 1996, be amended as follows:
        On page 5, line 13, add an "s" to the word "defendant"
and delete the name "PECo".
        On page 18, Section III, delete the last sentence and
replace it with the following sentence:
                We will therefore reverse the district
                court's judgment and enter judgment on behalf
                of all defendants.

                        By the Court,

                        /s/ Jane R. Roth
                              Circuit Judge


Dated: October 1, 1996